1024

No. 00–8485. POOLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 00–8507. MURRAY, AKA TURNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00–8513. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–8521. MELECIO-RODRIGUEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 00–8754. COPELAND v. WASHINGTON, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. 

No. 00–8758. HARJO v. GIBSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 00–8779. MILLER v. SOUTHWESTERN EXPOSITION & LIVE STOCK ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–8788. LANGSTON v. LITTLEFIELD ET AL. C. A. 10th Cir. Certiorari denied. 

No. 00–8790. MOTT v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–8791. QUINN v. HAYNES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–8794. PITTS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 00–8798. BARRON v. MARTIN CORRECTIONAL INSTITUTION. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–8799. BROWN v. MARTIN CORRECTIONAL INSTITUTION. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–8800. BROWN v. MARTIN CORRECTIONAL INSTITUTION. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–8801. VONSCHOUNMACHER v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–8806. DEBLASIO v. MORENO, MARSHAL, ET AL. C. A. 4th Cir. Certiorari denied.